UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL DIEHL, Individually and on Behalf of
All others similarly situated, et al.,

                Plaintiffs,

   -against-                                      17 **CIVIL** 2448 (PKC)

                                                                **JUDGMENT**

OMEGA PROTEIN CORPORATION,
BRET D. SCHOLTES, and ANDREW C.
JOHANNESEN,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2018, defendants' motion to dismiss the consolidated Second Amended Complaint is granted.

**Dated:** New York, New York
            September 7, 2018

                                                                   RUBY J. KRAJICK
                                                                _____
                                                                        Clerk of Court
                                                        BY:
                                                                      _____
                                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/7/2018